LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com
bebert@lipsonneilson.com
sjeong@lipsonneilson.com

*Attorneys for MOUNTAIN GATE HOMEOWNERS ASSOCIATION*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN GATE HOMEOWNERS ASSOCIATION; POSHBABY, LLC, A/K/A POSHBABY, LLC SERIES 9070 SPRING MOUNTAIN #114; TRP FUND V, LLC and ALESSI & KOENIG, LLC;<br><br>Defendants. | CASE NO.: 2:16-cv-00540-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO BANK OF AMERICA, N.A.'S COMPLAINT**<br><br>**(First Request)** |

Defendant MOUNTAIN GATE HOMEOWNERS ASSOCIATION ("HOA") and Plaintiff BANK OF AMERICA, N.A., by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant HOA to respond to Plaintiff BANK OF AMERICA, N.A.'s Complaint shall be extended to **May 25, 2016**. The HOA's Response was originally due on April 25, 2016. As counsel

/ / /

*Bank of America, N.A. v. Mountain Gate Homeowners Association, et al.*
*Case No. 2:16-cv-00540-JCM-NJK*

has just been retained in this matter, the parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating each other given the circumstances.

DATED this 20th day April, 2016.   DATED this 20th day April, 2016.

LIPSON, NEILSON, COLE, SELTZER   AKERMAN, LLP
& GARIN, P.C.

   */s/ H. Sunny Jeong*      */s/ William S. Habdas*
By:_____   By:_____
Joseph P. Garin, Esq. (Bar No. 6653)   Ariel E. Stern, Esq. (Bar No. 8276)
J. William Ebert, Esq. (Bar No. 2697)   William S. Habdas, Esq. (Bar No. 13138)
H. Sunny Jeong, Esq. (Bar No. 12981)   1160 Town Center Drive, Suite 330
9900 Covington Cross Dr., Suite 120   Las Vegas, NV 89144
Las Vegas, NV 89144   702-634-5000
702-382-1500   *Attorneys for Plaintiff BANK OF*
*Attorneys for Defendant MOUNTAIN*   *AMERICA, N.A.*
*GATE HOMEOWNERS ASSOCIATION*

### ORDER

**GRANTED** in part and **DENIED** in part.  Good cause has been shown to extend the above deadline only to May 5, 2016.  IT IS SO ORDERED.

    DATED this  21st  day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

   */s/ H. Sunny Jeong*
By:_____
   Joseph P. Garin, Esq. (Bar No. 6653)
   J. William Ebert, Esq. (Bar No. 2697)
   H. Sunny Jeong, Esq. (Bar No. 12981)
   9900 Covington Cross Dr., Suite 120
   Las Vegas, NV 89144
   *Attorneys for Defendant MOUNTAIN GATE*
   *HOMEOWNERS ASSOCIATION*