ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
          william.habdas@akerman.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP;<br><br>Plaintiff,<br>vs.<br><br>MOUNTAIN GATE HOMEOWNERS' ASSOCIATION; SATICOY BAY LLC SERIES 6408 HILLSIDE BROOK; and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00540-JSM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and Defendant Hampton & Hampton Collections, LLC (**Hampton**) stipulate and agree as follows:

The parties hereby stipulate and agree BANA's time to respond to Hampton's motion for summary judgment (ECF No. 12) shall be continued from May 5, 2016 to May 16, 2016.

This is the first request for an extension of this deadline. BANA requests the additional time to afford it the opportunity to adequately respond to Hampton's motion for summary judgment in a coordinated manner, as the same or similar motion by these and similarly-situated parties have been filed in other cases and raise novel legal arguments.

{38109045;2}

1

1     The parties submit this request in good faith without the purpose of undue delay.

**AKERMAN LLP**

*/s/ William Habdas, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM HABDAS, ESQ.
Nevada Bar No. 13138
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
ariel.stern@akerman.com
william.habdas@akerman.com

*Attorneys for Plaintiff*

**HAMPTON & HAMPTON, P.C.**

*/s/ Jay Hampton, Esq.*
JAY HAMPTON, ESQ.
Nevada Bar No. 5350
MILES HAMPTON, ESQ.
Nevada Bar No. 9050
880 Seven Hills Drive, Ste. 200
Henderson, Nevada 89052
jay@hamptonhampton.com
miles@hamptonhampton.com

*Attorneys for Hampton & Hampton Collections, LLC*

**ORDER**

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT COURT JUDGE**

May 4, 2016
_____
**DATED**

{38109045;2}