H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
   E-Mail: Sunny.Jeong@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| Bank of America, N.A.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Mountain Gate Homeowners' Association, et al.,<br><br>　　　　Defendants. | CASE NO. 2:16-cv-00540-JCM-NJK<br><br>~~EX PARTE~~ **MOTION TO WITHDRAW AND REMOVE COUNSEL FROM SERVICE LIST** |

　　　　H. Sunny Jeong, Esq., of the law firm LEWIS BRISBOIS BISGAARD & SMITH, LLP, brings this Ex Parte Motion to Withdraw and Remove Counsel from the CM/ECF Service List and Mailing Matrix.  While affiliated with the law firm LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. ("LNCSG"), Counsel previously represented Defendant Mountain Gate Homeowners' Association ("Defendant") in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4849-5210-3733.1

1  Counsel is no longer affiliated with LNCSG, no longer represents Defendant, and has no
2 further need to receive CM/ECF notifications in this case.  Because LNCSG still represents
3 Defendant, no parties are prejudiced by this withdrawal.
4  DATED this 3rd day of August, 2016

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  */s/ H. Sunny Jeong*
H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

IT IS SO ORDERED.

Dated this __4th__ day of August, 2016

_____
United States Magistrate Judge

4849-5210-3733.1

2