ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN GATE HOMEOWNERS' ASSOCIATION; SATICOY BAY LLC SERIES 6408 HILLSIDE BROOK; and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | 2:16-cv-00540-JCM-NJK<br><br>**NOTICE OF DISASSOCIATION** |

Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loan Servicing, LP (**BANA**) hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP. **BANA** requests Mr. Clark be removed from the CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests ARIEL E. STERN, ESQ. .and WILLIAM S. HABDAS, ESQ. receive all future notices.

Respectfully submitted, this 8th day of November, 2016.

**AKERMAN LLP**

/s/ *William Habdas, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP

{39962431;1}                                                    1

1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff and Counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: November 9, 2016

_____
UNITED STATES MAGISTRATE JUDGE

{39962431;1}

2